U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 1 6 2010

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 09-cv-1144 |
| VERSUS | JUDGE STAGG |
| TOMMY K. CRYER | MAGISTRATE JUDGE HORNSBY |

# ORDER

In written objections to the Report and Recommendation of the Magistrate Judge previously filed herein, Tommy Cryer ("Cryer") attempts to persuade this court that he is entitled to resist an IRS summons, asserting the Fifth Amendment right against self-incrimination. The Fifth Circuit has held that an individual who seeks to avoid compliance with an IRS summons on the basis of the Fifth Amendment right against self-incrimination bears the burden of first showing that the IRS's purpose in issuing the summons is solely criminal, or that the inquiry is one with dominant criminal overtones. See United States v. Roundtree, 420 F.2d 845, 852 (5th Cir. 1969); United States v. Pate, 105 F. App'x 597, 599 (5th Cir. 2004). The mere fact that the evidence obtained through the summons may later be used against the taxpayer in a criminal prosecution is no barrier to enforcement and is not sufficient to invite a Fifth Amendment claim. See Roundtree, 420 F.2d at 850-51. Cryer has failed to bear this threshold burden. Furthermore, the Fifth Circuit has made it abundantly clear that a blanket refusal to produce records or to testify, which Cryer has tendered in this case, is not allowed. See id. at 852; Pate, 105 F. App'x at 599; Steinbrecher v. Comm'r of

Internal Revenue, 712 F.2d 195, 198 (5th Cir. 1983).

For these reasons and those assigned in the Report and Recommendation of the Magistrate Judge, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Petition to Enforce Internal Revenue Service Summons (Doc. 1)** is **granted** and Defendant, Tommy K. Cryer, is ordered to comply with the summonses.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16th day of June, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE